UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                      CHAPTER 13

RACHEL Z. MC CLAIN                                          CASE NO. 09-70149

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** GMAC MORTGAGE                **Court claim #: 2**

**Last four digits** of any number used to identify the debtor's account: 1021

| | | |
|---|---|---|
| *Final Cure Amount* | | |
| Amount of Prepetition Arrears | $8,604.84 | (Per Creditor's Proof of Claim) |
| + | 300.00 | (Per allowed Cost of Collection) |
| + | 200.00 | (Per allowed Cost of Collection) |
| Total | $9,104.84 | |
| Amount Paid by Trustee | $9,104.00 | |

| |
|---|
| *Monthly ongoing Mortgage Payment* |
| Mortgage is paid: |
| ☐  Thru the Chapter 13 Plan         ☒  Direct by Debtor(s) |

supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  7/15/2014                   /s/Lydia S. Meyer
                                    Lydia S. Meyer, Trustee
                                    308 W. State St., Suite 212
                                    Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 15th Day of July, 2014.

Dated:  7/15/2014                   /s/Cynthia K. Burnard

GMAC MORTGAGE
ATTN: MAIL CODE 507-345-110
3451 HAMMOND AVE
WATERLOO, IA 50702

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

RACHEL Z. MC CLAIN
2411 SHARON AVENUE
ROCKFORD, IL  61103

ATTORNEY LAURA L. MC GARRAGAN
MC GARRAGAN LAW OFFICES
1004 N. MAIN STREET
ROCKFORD, IL  61103